UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BERMAN<br><br>          Plaintiff,<br><br>     v.<br><br>DAVID MODELL<br><br>          Defendant. | Case No. 3:15-cv-04895 HSG<br><br>**CONDITIONAL ORDER GRANTING PLAINTIFF'S REQUEST TO E-FILE; ORDER GRANTING IN PART PLAINTIFF'S MOTION ENLARGING TIME TO FILE OPPOSITION BRIEF**<br><br>Docket Nos.: 6, 8 |

This Order addresses two requests filed by Plaintiff John Berman ("Plaintiff").

First, Plaintiff has asked for the Court's leave to participate in Electronic Case Filing (ECF). Plaintiff has not, however, filed a declaration stating that he has read General Order 45 and that he is able to comply with all of its requirements. Accordingly, the Court GRANTS his motion to participate in ECF on the condition that he reads General Order 45 and files the required declaration by December 1, 2015. If Plaintiff fails to file such a declaration by that time, the Court will revoke his ECF privileges until he complies with this Order. As part of Plaintiff's obligations under General Order 45, he shall provide a printed courtesy copy of any document he files via ECF to the chambers of the presiding judge. This copy must be lodged with the Clerk of the Court no later than noon on the business day after filing the document on ECF.

Second, Plaintiff previously moved for an extension of time to file his opposition to Defendant's motion to dismiss or transfer venue, Dkt. No. 7, and to continue the hearing date on Defendant's motion until after his motion to remand, Dkt. No. 5, is heard. Dkt. No. 8. The Court granted in part Plaintiff's motion in a text-only order. Dkt. No. 10. For administrative reasons, that text-only order is hereby replaced with this Order. Plaintiff's deadline to file his opposition to Defendant's motion to dismiss or transfer venue is hereby extended to November

27, 2015.  Any reply shall be filed by December 4, 2015.  The hearing date currently set for both Plaintiff's motion to remand and Defendant's motion to dismiss or transfer venue remains on calendar for December 10, 2015.

**IT IS SO ORDERED.**

Dated: November 17, 2015

                                              _____
                                              The Hon. Haywood S. Gilliam, Jr.
                                              United States District Judge